■ SCOTT FAIRGRIEVE, Appellant, v INCORPORATED VILLAGE OF MINEOLA et al., Respondents. [656 NYS2d 643] —In an action for a judgment declaring Resolution No. R-95-119 of the Board of Trustees of the Incorporated Village of Mineola to be illegal and void and to enjoin the defendants from hiring a Village Administrator, the plaintiff appeals from an order and judgment (one paper) of the Supreme Court, Nassau County (McCabe, J.), dated April 2, 1996, which denied his motion for an order enjoining the defendants from hiring a Village Administrator, granted the defendants' cross motion to dismiss the complaint, and declared the resolution to be valid and legal.

Ordered that the order and judgment is affirmed, with costs.

The Supreme Court properly concluded that the resolution adopted by the Board of Trustees of the Incorporated Village of Mineola (hereinafter the Board) creating the position of Village Administrator, a position with specifically enumerated responsibilities subject to the control and direction of the Mayor and the Board, was authorized by Village Law § 4-412 (1). O'Brien, J. P., Altman, Friedmann and Krausman, JJ., concur.

■ FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Union Savings Bank, Respondent, v ST. MARKS ASSOCIATES, Appellant, et al., Defendants. [657 NYS2d 921] —Appeal by the defendant St. Marks Associates from an order of the Supreme Court, Richmond County (Mastro, J.), dated April 9, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Mastro at the Supreme Court. Rosenblatt, J. P., Ritter, Thompson and Sullivan, JJ., concur.